**The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 132 EM 2011.**

Supreme Court of Pennsylvania.

Feb. 29, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of February, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Rahmin HOLDEN, Petitioner.**

**No. 128 EM 2011.**

Supreme Court of Pennsylvania.

Feb. 29, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of February, 2012, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** *See* Pa.R.Crim.P. 120(B) (counsel may not withdraw without leave of court). Counsel of record is directed to file a Petition for Allowance of Appeal within 30 days of this order. The Application for Appointment of Counsel is **DENIED.**

**Daniel S. and Laura WHITE, Individually and as Parents and Guardians of C.W., a Minor,**

v.

**Richard BEHLKE, M.D., and Ob–Gyn Consultants, Ltd. and Community Medical Center Health Care Systems d/b/a Community Medical Center and/or Community Medical Center.**

**Petition of Richard Behlke, M.D. and Ob–Gyn Consultants, Ltd.**

Supreme Court of Pennsylvania.

March 1, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of March, 2012, the Petition for Allowance of Appeal is DENIED. Petitioner's Application for Leave to File a Reply Brief, Leave to File Post Submission Communication and Application for Post Submission Communication in the Nature of Filing a Reply Brief are **DISMISSED AS MOOT.**